# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MARK DAWSON, #163066,  ) | |
| ) | |
|   Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO. 2:08-cv-946-MHT |
| ) | (WO) |
| ) | |
| JAMES CARLTON,  ) | |
| ) | |
|   Defendant.  ) | |

## ORDER

The magistrate judge entered a recommendation (Doc. # 20) in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is **ORDERED** that the recommendation (Doc. #20) of the magistrate judge is adopted.

A separate judgment shall issue.

Done, this the 31st day of August, 2010.

       /s/   Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**