IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK DAWSON, #163066, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-946-MHT |
| ) | (WO) |
| ) | |
| JAMES CARLTON, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is ORDERED and ADJUDGED that this case is dismissed as moot due to plaintiff's release from the Alabama Department of Corrections.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this 31st day of August, 2010.

　　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE